Steven M. Heller, Esq.
555 University Avenue, Suite 131
Sacramento, CA 95825
Tel: 916/971-8500 / Fax: 916/971-8501
heller@stevenhellerlaw.com

Attorney for Plaintiff,
KATHRYN STRANGER-McGORRIN

John W. Shaw, Esq. SBN: 82802
Litsa Georgantopoulos, Esq. SBN: 238288
SHAW KOEPKE & SATTER, LLP
23326 Hawthorne Boulevard, Suite 320
Torrance, California 90505
Tel: (310) 373-4445 / Fax: (310) 373-4440
jshaw@sksattorneys.com
lg@sksattorneys.com

Attorneys for Defendant,
SMITH & NEPHEW, INC.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| KATHRYN STRANGER-McGORRIN, | Case No. 2:18-cv-02163-JAM-CKD |
| Plaintiff, | [Action Filed: August 8, 2018] |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY AN ADDITIONAL TWO (2) DAYS** |
| SMITH & NEPHEW, INC. et al., | **[L.R. 144(a)]** |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Plaintiff Kathryn Stranger-McGorrin ("Plaintiff") and Defendant Smith & Nephew, Inc. ("Defendant"), by and through their counsel, stipulate pursuant to Local Rule 144(a) to extend the time for Defendant to respond to Plaintiff's

initial complaint by an additional two (2) days to allow for the filing of a dismissal as follows:

    Complaint Served:          July 9, 2018

    Current Response Date:   September 12, 2018

    New Response Date:      September 14, 2018

SO STIPULATED.

Dated: September 12, 2018          Respectfully submitted,

By:   */s/ Steven M. Heller*
STEVEN M. HELLER
Attorneys for Plaintiff,
KATHRYN STRANGER-McGORRIN

Dated: September 12, 2018          SHAW KOEPKE & SATTER, LLP

By:   */s/ John W. Shaw*
JOHN W. SHAW
LISA A. SATTER
LITSA GEORGANTOPOULOS
Attorneys for Defendant,
SMITH & NEPHEW, INC.

## **ORDER**

IT IS SO ORDERED.

DATED:   9/13/2018                   /s/ John A. Mendez
                                                  HON. JOHN A. MENDEZ